PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

FILED
OCT 28 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Omar Carrillo | Case Number: DR-15-CR-00887(01)-AM |

Name of Sentencing Judicial Officer: Honorable Alia Moses, United States District Judge

Date of Original Sentence: February 9, 2017

Original Offense: Conspiracy to Possess with Intent to Distribute More than 500 Grams of Cocaine, in violation of 21 U.S.C. § 846

Original Sentence: 63 months imprisonment, followed by five years supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: October 22, 2020

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☐ To extend the term of supervision __ years, for a total of __ years.
☒ To modify the conditions of supervision as follows:

**To include:**

"The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision."

"The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program shall include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment based on the ability to pay."

"The defendant shall not use or possess any controlled substances without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and follow the instructions on the prescription."

"The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods. The defendant shall pay the costs of testing based on the ability to pay."

Omar Carrillo
DR-15-CR-00887(01)-AM
October 27, 2020
Page 2

"The defendant shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption."

## CAUSE

Omar Carrillo has a substance abuse history and reportedly completed a drug abuse program while in custody. At this time, the probation office recommends he be referred to an outpatient drug treatment provider, where he can develop a relapse prevention plan and learn skills that will help him maintain sobriety while reintegrating back into the community.

Carrillo agrees to the modifications and signed the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision. The modification is deferred to the Court for ruling.

Approved:

_[signature]_

Arthur R. Galvan
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5135

Respectfully submitted,

_[signature]_

Natalie Balderas
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5339
Date: October 27, 2020

cc:  Brenda Trejo-Olivarri
     Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other _____

_[signature]_
Honorable Alia Moses
U.S. District Judge

10-28-2020
Date

PROB 49
(3/89)

# United States District Court
# Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

"The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision."

"The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program shall include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment based on the ability to pay."

"The defendant shall not use or possess any controlled substances without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and follow the instructions on the prescription."

"The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods. The defendant shall pay the costs of testing based on the ability to pay."

"The defendant shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption."

Witness: _Natalie Balduas_
U.S. Probation Officer

Signed: _Omar Carrillo_
Probationer or Supervised Releasee

Date: 10-27-20